United States District Court
Southern District of Texas
**ENTERED**
May 24, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TREVOR HART<br><br>  Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>  Defendant. | CIVIL ACTION NO. 4:23-cv-03700 |

## ORDER OF NON-SUIT WITH PREJUDICE

CAME ON TO BE HEARD the motion of Plaintiff(s) to dismiss this cause of action. The Court having heard the arguments of counsel finds that said motion should in all things be granted. IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that this cause of action be dismissed with prejudice to the further refiling of same as to ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, SUED HEREIN AS ALLSTATE INSURANCE COMPANY.

Signed the 24 day of May, 2024.

_____
**Hon. Charles Eskridge**
**United States District Judge**

Hart vs. Allstate
ORDER OF NON-SUIT WITH PREJUDICE
Our File Number: 0676117914.1

PAGE 1